UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

**ADELFO GAVILAN GARCIA, CESAR GAYOSSO, GABRIEL TECUN, HAGEO CARDONA, LUIS FERNANDEZ ESCOBAR FLORES, and MIGUEL ANGEL DIAZ GONZALERZ,** *individually and on behalf of others similarly situated,*

                                       Plaintiffs,

    -against-

**GOLDEN ABACUS INC. (d/b/a BARKOGI), DANNY P. LOUIE, LAURA WONG and ALBERT C. YUEN**,

                                       Defendants.
------------------------------------------------------------------------x

Case No. 16-CV-06252 (LTS)

**NOTICE OF APPEARANCE**

TO:    The Clerk of Court and all parties of record

        **PLEASE TAKE NOTICE,** the undersigned appears on the behalf of Defendants, GOLDEN ABACUS Inc. (d/b/a BARKOGI), DANNY P. LOUIE, LAURA WONG and ALBERT C. YUEN.  I certify that I am admitted to practice in this Court.

Dated:  September 14, 2016
        Melville, New York

                                    Respectfully submitted,

                                    **By: /s/ALEX J RU**
                                    **ALEX J RU, ESQ. (AR3970)**
                                    **LYDECKER DIAZ**
                                    Attorneys for Defendants
                                    200 Broadhollow Road, Suite 207
                                    Melville, New York  11747
                                    Tel:  (631) 390-8365
                                    ml@lydeckerdiaz.com